**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00210-REB-CBS

WILLIAM BRENT HUNTLEY,

    Plaintiff,

v.

LOU VALLARIO, in his official capacity as Sheriff of Garfield County, Colorado, and
CORRECTIONAL HEALTH CARE MANAGEMENT, INC., also known as
CORRECTIONAL HEALTHCARE MANAGEMENT,

    Defendants.

## MINUTE ORDER

    The matter comes before the court on defendant's **Unopposed Motion For Modification of the Date of the Trial Preparation Conference** [#51] filed January 7, 2009. The motion is **GRANTED**. The Trial Preparation Conference previously set for April 3, 2009, is **VACATED** and is **RESET** to **March 27, 2009**, at 9:00 a.m.

    Dated: January 7, 2009