# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-00210-REB-CBS

WILLIAM BRENT HUNTLEY,

    Plaintiff,

v.

LOU VALLARIO, in his official capacity as Sheriff of Garfield County, Colorado, and CORRECTIONAL HEALTH CARE MANAGEMENT, INC., also known as CORRECTIONAL HEALTHCARE MANAGEMENT,

    Defendants.

# ORDER DISMISSING
# DEFENDANT CORRECTIONAL HEALTHCARE MANAGEMENT, INC.

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss All Claims Against Correctional Healthcare Management, Inc., Pursuant to Fed.R.Civ.P. 41** [#70] filed February 27, 2009. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that plaintiff's claims against defendant, Correctional Healthcare Management, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation To Dismiss All Claims Against Correctional Healthcare Management, Inc., Pursuant to Fed.R.Civ.P. 41** [#70] filed February 27, 2009, is **APPROVED**;

    2. That plaintiff's claims against defendant, Correctional Healthcare Management, Inc., are **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs;

3. That any pending motion filed on behalf of defendant, Correctional Healthcare Management, Inc., is **DENIED** as moot; and

4. That defendant, Correctional Healthcare Management, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 2, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge