IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00210-REB-CBS

WILLIAM BRENT HUNTLEY,

    Plaintiff,

v.

LOU VALLARIO, in his official capacity as Sheriff of Garfield County, Colorado,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Dismissal With Prejudice As To All Claims Against Defendant Lou Vallario** [#74] filed March 10, 2009. After careful review of the motion and the file, I conclude (1) that the motion should be granted; (2) that all other claims against the only other original defendant have been dismissed, *see* order [#71] entered March 2, 2009; and (3) that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Dismissal With Prejudice As To All Claims Against Defendant Lou Vallario** [#74] filed March 10, 2009, is **GRANTED**;

    2. That the Trial Preparation Conference set for March 27, 2009, is **VACATED**;

    3. That the jury trial set to commence April 20, 2009, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 10, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge